JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Ian L. Garriques
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Tel. (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 17 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **1:18-CR-2005-SAB** |
| Plaintiff, | INDICTMENT |
| v. | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) – Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine (Count 1) |
| MARIA ANDREA GONZALEZ, | 18 U.S.C. § 924(c)(1)(A) – Possession of Firearm in Furtherance of Drug Trafficking Crime (Count 2) |
| Defendant. | 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition (Count 3) |
| | Notice of Criminal Forfeiture |

The Grand Jury charges that:

### COUNT 1

On or about November 21, 2017, in the Eastern District of Washington, the Defendant, MARIA ANDREA GONZALEZ, did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

### COUNT 2

On or about November 21, 2017, in the Eastern District of Washington, the Defendant, MARIA ANDREA GONZALEZ, did knowingly possess a firearm, to wit: a North American Arms, Model NAA-22LR, .22LR caliber revolver, bearing serial number L113635, in furtherance of a drug trafficking crime for which she may be

Indictment                                         1

prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 50 Grams or More of Actual Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); all in violation of 18 U.S.C. § 924(c)(1)(A).

### COUNT 3

On or about November 21, 2017, in the Eastern District of Washington, the Defendant, MARIA ANDREA GONZALEZ, who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, to wit: a North American Arms, Model NAA-22LR, .22LR caliber revolver, bearing serial number L113635, and 4 rounds of Cascade Cartridge Inc. (CCI), .22LR caliber ammunition bearing headstamp C, which had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in Count 1 of this Indictment, the Defendant, MARIA ANDREA GONZALEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The assets to be forfeited include, but are not limited to: a North American Arms, Model NAA-22LR, .22LR caliber revolver, bearing serial number L113635; and, 4 rounds of Cascade Cartridge Inc. (CCI), .22LR caliber ammunition bearing headstamp C.

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Upon conviction of an offense in violation of 18 U.S.C. §§ 924(c)(1)(A) or 922(g)(1), as set forth in Counts 2 and 3 of this Indictment, the Defendant, MARIA ANDREA GONZALEZ, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a North American Arms, Model NAA-22LR, .22LR caliber revolver, bearing serial number L113635; and, 4 rounds of Cascade Cartridge Inc. (CCI), .22LR caliber ammunition bearing headstamp C.

DATED this 17th day of January, 2018.

A TRUE BILL

_____
Presiding Juror

JOSEPH H. HARRINGTON
United States Attorney

_____
Thomas J. Hanlon
Assistant United States Attorney

_____
Ian L. Garriques
Assistant United States Attorney

Indictment                                    3