FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARIA ANDREA GONZALEZ,<br><br>　　　　　　Defendant. | No. 1:18-cr-02005-SAB<br><br>**ORDER RE: PRETRIAL MOTIONS** |

　　On March 12, 2018, Defendant filed a Motion *in Limine*, ECF No. 36, and a Motion to Sever Counts, ECF No. 37. Since then, Defendant was appointed new counsel and indicted on additional federal charges. Given these changes, the Court Orders the following.

　　**IT IS HEREBY ORDERED:**

　　1. The Court **STRIKES** Defendant's Motion *in Limine*, ECF No. 36, and Motion to Sever Counts, ECF No. 37. Defendant is permitted to re-file these motions at any time prior to the pretrial motion filing deadline.

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

　　**DATED** this 13th day of August 2018.



　　　　　　　　　　　　Stanley A. Bastian
　　　　　　　　　　　　United States District Judge

ORDER RE: PRETRIAL MOTIONS ^ 1