FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARIA ANDREA GONZALEZ, <br> Defendant. | No. 1:18-cr-02005-SAB <br><br> **ORDER RE: PROTECTIVE ORDER** |

Before the Court is the Government's Unopposed Motion for Protective Order, ECF No. 121. The motion was heard without oral argument. The Government requests the Court issue a protective order relative to the dissemination of any contents of S.I's personnel file disclosed in discovery. The Court finds good cause to grant the motion and issue a protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Unopposed Motion for Protective Order, ECF No. 121, is **GRANTED**.

2. The Government will provide *Henthorn* materials to defense counsel;

3. Defense counsel may possess but not copy the *Henthorn* materials;

4. Defense counsel may show to, and discuss with Defendant the *Henthorn* materials;

5. Defense counsel shall not otherwise provide original or copies of the *Henthorn* material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or

**ORDER RE: PROTECTIVE ORDER ^ 1**

investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of this protective order;

6. The Government, defense counsel, and witnesses may reference the existence and content of the *Henthorn* materials in open and closed court proceedings relevant to Second Superseding Indictment 1:18-CR-02005-SAB; provided, however, any reference to the content of any materials from the *Henthorn* materials shall be filed under seal.

7. The Government's Motion to Expedite, ECF No. 122, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 29th day of January 2019.



Stanley A. Bastian
United States District Judge

**ORDER RE: PROTECTIVE ORDER ^ 2**